IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-218-CV





STATE OF TEXAS,



 APPELLANT


vs.





THE METHODIST HOSPITAL, ET AL.,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 494,212, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING



 




PER CURIAM



 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Joint Motion

Filed: June 23, 1993

[Do Not Publish]